UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS, | No. 2: 16-cv-2750 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| JOSEPH DEFAZIO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the Post-Screening ADR Project, this action is set for a settlement conference before the undersigned on June 13, 2017.

On April 10, 2017, plaintiff filed a motion for clarification. (ECF No. 27.) Plaintiff requests clarification regarding whether his settlement conference statement is required to be confidential or non-confidential.

If plaintiff would like to share information with opposing counsel for the purpose of settlement, he may submit a non-confidential settlement conference statement. If plaintiff would like to share information with the undersigned only for the purpose of settlement, he may submit a confidential settlement conference statement. Plaintiff is not prohibited from submitting both confidential and non-confidential settlement conference statements.

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for clarification (ECF No. 27) is deemed resolved.

Dated: April 18, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ow2750.ord