1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    THEON OWENS,                                    No.  2:16-cv-2750 JAM KJN P

12                          Plaintiff,

13           v.                                        ORDER

14    JOSEPH DEFAZIO, et al.,

15                          Defendants.

16

17           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20           On December 8, 2016, the magistrate judge filed findings and recommendations herein

21    which were served on plaintiff and which contained notice to plaintiff that any objections to the

22    findings and recommendations were to be filed within fourteen days.  On December 21, 2016

23    Plaintiff has filed objections to the findings and recommendations.  (ECF No. 11.)  On February

24    22, 2017, plaintiff filed exhibits in support of his objections.  (ECF No. 21.)

25           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

27    court finds the findings and recommendations to be supported by the record and by proper

28    analysis.

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed December 8, 2016, are adopted in full; and

3        2.  The defendant Dental Department is dismissed.

4    DATED:  April 19, 2017

5                                                     /s/ John A. Mendez_____

6                                                     UNITED STATES DISTRICT COURT JUDGE

2