UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH DEFAZIO, et al.,<br><br>    Defendants. | No. 2:16-cv-2750 JAM KJN P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an opposition to defendants' motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 39) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition. Defendants' reply, if any, shall be filed within seven days thereafter.

Dated: August 15, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

owen2750.36(2)