1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THEON OWENS,                              No.  2:  16-cv-2750 JAM KJN P

12                   Plaintiff,

13        v.                                   ORDER

14   JOSEPH DEGAZIO, et al.,

15                   Defendants.

16

17        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is defendants' motion to strike.  (ECF No. 60.)

19   For the reasons stated herein, defendants' motion to strike is denied.

20        On October 3, 2017, the undersigned recommended that defendants' motion to dismiss

21   pursuant to Federal Rule of Civil Procedure 12(b)(6) be granted in part and denied in part.  (ECF

22   No. 49.)  On October 11, 2017, defendants filed objections to the findings and recommendations.

23   (ECF No. 50.)

24        On November 27, 2017, plaintiff filed objections to the findings and recommendations

25   and a reply to defendants' objections.  (ECF No. 55, 56.)  On December 4, 2017, plaintiff filed

26   amended objections, an amended reply to defendants' objections and a declaration by inmate

27   Sanchez.  (ECF Nos. 57, 58, 59.)

28        Defendants move to strike the three pleadings filed by plaintiff on December 4, 2017, on

1

the grounds that they not authorized.  (ECF No. 60.)  Defendants are correct that amended

objections and an amended reply to objections are not permitted by the Federal Rules of Civil

Procedure and Local Rules.  However, in the original objections, plaintiff states that he did not

receive the objections.  Plaintiff states that his original objections were based on his review of

defendants' objections.

On December 14, 2017, the undersigned directed the Clerk of the Court to re-serve the

findings and recommendations on plaintiff.  (ECF No. 61.)  The undersigned granted plaintiff

thirty days to either file new objections or inform the court that he intended to stand on either the

original or amended objections.  (ECF No. 61.)

On January 5, 2018, plaintiff filed a pleading stating that he intends to stand on the

amended objections.  (ECF No. 63.)  Plaintiff states that he prepared the amended findings and

recommendations after "finally" receiving the findings and recommendations from prison

officials.  Accordingly, the undersigned will forward to the district court plaintiff's amended

objections as well as plaintiff's amended reply to defendants' objections.  Defendants' motion to

strike these pleadings is denied.  Defendants will be granted an opportunity to file a reply to the

amended objections.

In his January 5, 2018 pleading, plaintiff states that he did not intend the declaration of

inmate Sanchez to be filed in support of his objections.  Plaintiff indicates that the declaration of

inmate Sanchez was filed in support of his claim.  Because the declaration was not filed in

support of the objections, the motion to strike this pleading is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to strike (ECF No. 60) is denied;

2. Defendants are granted fourteen days from the date of this order to file a reply to

plaintiff's amended objections.

Dated:  January 18, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Owen2750.ord.kc

2