UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH DEGAZIO, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-2750 JAM KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 3, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff and defendants have filed objections to the findings and recommendations. (ECF Nos. 50, 65.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 3, 2017, are adopted in full; and

2. Defendants' motion to dismiss (ECF No. 37) is granted as to the following claims: a) claim alleging defendants Byers and Rashev denied plaintiff food; b) conspiracy claim against defendant Staggs-Boatright; c) claim that defendant Okoroike denied plaintiff medical care in violation of the Eighth Amendment; d) claim alleging verbal harassment by defendant Mercado; e) due process claim against defendant Couch; f) claim that defendant Eldridge violated due process by upholding alleged misconduct by defendant Couch;

3. Defendants' motion to dismiss (ECF No. 37) is denied as to the following claims: a) claim alleging defendant Rashev used excessive force; b) failure to intervene claims against defendants Guffee and Matthews; c) claim alleging defendant Mercado denied plaintiff an ice pack; d) conspiracy claim against defendant Okoroike; e) conspiracy claim against defendant Martineck; f) claims alleging due process violations by defendants Schultz and Eldridge based on alleged denial of request to call witnesses and present documentary evidence, and insufficient evidence to support disciplinary conviction;

4. Defendants Rashev, Guffee, Matthews, Mercado, Okoroike, Martinick, Schultz and Eldridge are ordered to file an answer within thirty days of the date of this order.

DATED: March 19, 2018

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE