UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH DEGAZIO, et al.,<br><br>    Defendants. | No. 2:16-cv-2750 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983. On May 11, 2018, plaintiff filed a reply to defendants' answer. (ECF No. 81.) Pending before the court is defendants' motion to strike plaintiff's reply to the answer. (ECF No. 82.)

Rule 7(a) of the Federal Rules of Civil Procedure provides:

>(a) Pleadings. Only these pleadings are allowed:
>
>>(1) a complaint;
>>
>>(2) an answer to a complaint;
>>
>>. . .
>>
>>(7) <u>if the court orders one</u>, a reply to an answer.

Fed. R. Civ. P. 7(a) (emphasis added).

////

The court did not order plaintiff to reply to defendants' answer and declines to make such an order. For these reasons, defendants' motion to strike is granted.

Accordingly, IT IS HEREBY ORDERED that defendants' motion to strike plaintiff's reply to the answer (ECF No. 82) is granted.

Dated: June 8, 2018

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ow2750.rep