UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH DEGAZIO, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-2750 JAM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On July 27, 2018, the undersigned granted defendants' motion to compel and ordered plaintiff to appear for and answer questions at a deposition. (ECF No. 96.) The undersigned also vacated plaintiff's pending discovery motions until defendants had taken plaintiff's deposition and plaintiff had complied with a re-noticed request for production of documents. (Id.)

On August 10, 2018, plaintiff filed the pending motion to compel defendants to provide responses to plaintiff's written deposition questions. (ECF No. 98.)

On October 5, 2018, defendants filed a motion to compel based on plaintiff's alleged failure to provide appropriate responses to defendants' request for production of documents and defendants' document request included with the continued deposition notice. (ECF No. 102.)

////

1

The undersigned finds that defendants' pending motion to compel should be resolved before the court considers plaintiff's August 10, 2018 motion to compel.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's August 10, 2018 motion to compel (ECF No. 98) is vacated without prejudice to its reinstatement following resolution of defendants' October 5, 2018 motion to compel.

Dated: October 17, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ow2750.vac