# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

THEON OWENS,

    Plaintiff,

v.

JOSEPH DEGAZIO, et al.,

    Defendants.

No. 2:16-cv-2750 JAM KJN P

ORDER

    On October 18, 2019, plaintiff filed a motion for reconsideration of the magistrate judge's order filed October 7, 2019, denying plaintiff's July 16, 2018 and July 20, 2018 motions to compel and April 9, 2019 motion for court assistance to set up depositions by written questions. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

    Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 7, 2019, is affirmed.

DATED: November 14, 2019

                                       /s/ John A. Mendez

                                       UNITED STATES DISTRICT COURT JUDGE