UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS, | No. 2: 16-cv-2750 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| JOSEPH DEGAZIO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 10, 2020, the undersigned granted defendants fourteen days to submit, for in camera review, two copies of the documents sought in the request for production of documents nos. 1-11 and 21. (ECF No. 151.) Defendants were to produce one clean copy of these documents and one copy containing proposed redactions. (Id.) The January 10, 2020 order also directed defendants to file a further response to request for production of things no. 1 within fourteen days. (Id.)

Fourteen days passed from January 10, 2020, and defendants did not submit the documents discussed in the January 10, 2020 order for in camera review. Defendants also did not file a further response to request for production of things no. 1.

////

////

1

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, defendants shall show cause why sanctions should not be imposed for their failure to comply with the January 10, 2020 order.

Dated: February 5, 2020

Ow2750.osc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE