Theon Owens
NAME.

#V-60905
C.D.C.R. NO.:

California Health Care Facility
HOUSING.

7707 South Austin Road
ADDRESS.

Stockton, C.A. 95215.
CITY, STATE, ZIP.



FILED
SEP 0 2 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**THEON OWENS.**
PLAINTIFF.

VS.

CIVIL ACTION NO.: 2:16-CV-02750-JAM-KJN.

**JOSEPH DEFAZIO. ET AL.,**
DEFENDANTS.

## PLAINTIFF'S OPENING BRIEF:

PLAINTIFF'S BRIEF SUPPORTING A MOTION FOR SUMMARY JUDGMENT. (PARTIAL.)

COVER PAGE.

# TABLE OF CONTENTS

PAGE.

TABLE OF CONTENTS..................................................... i

TABLE OF ABBREVIATIONS............................................. iii

TABLE OF AUTHORITIES................................................ v

I.) PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT................ 1

II.) DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT......... 3

III.) INTRODUCTION..................................................... 8

IV.) STATEMENT OF THE CASE........................................... 9

V.) STATEMENT OF THE FACTS.......................................... 9

VI.) ARGUMENT........................................................ 11

A.) PLAINTIFF IS ENTITLED TO SUMMARY JUDGMENT AGAINST DEFENDANT MERCADO FOR INTERFERENCE WITH PRESCRIBED TREATMENT IN VIOLATION OF THE EIGHTH AMENDMENT TO THE CONSTITUTION AS A MATTER OF LAW.......... 11

1.) Pertinent Law.................................................. 11

POINT ONE: Defendant-MERCADO Deprivation Of Prescribed Treatment Was Medically Unjustified................ 12

i

POINT TWO: Defendant-MERCADO Conspired Along With Other Defendants To Harm Plaintiff And Deprive Him Of Constitutional Rights.................................. 13

FINAL POINT: Statement Of Entitlement............................. 14

B.) PLAINTIFF IS ENTITLED TO SUMMARY JUDGMENT AGAINST DEFENDANT MERCADO FOR INTERFERENCE IN THE GRIEVANCE PROCESS AND FOR RETALIATING AGAINST PLAINTIFF FOR USING THE GRIEVANCE SYSTEM, IN VIOLATION OF THE FIRST AMENDMENT TO THE CONSTITUTION, AS A MATTER OF LAW...... 15

2.) Pertinent Law:..................................................... 15

POINT THREE: Defendant-MERCADO Interference In The Grievance Process Did Not Reasonably Advance A Legitimate Penological Purpose, And Was For The Purpose Of Chilling Plaintiff's Exercise In Protected Conduct............................................ 15

POINT FOUR: Defendant-MERCADO Retaliated Against Plaintiff For Using The Grievance System And Engaging In Protective Conduct.................................................. 17

FINAL POINT: Statement Of Entitlement............................ 17

VII.) CONCLUSION................................................... 19

CORE TERMS........................................................ Vi

PLAINTIFF'S EXHIBIT LIST........................................ Ex.

# TABLE OF ABBREVIATIONS

The following abbreviations appear throughout this case and have the following significations attached to them:

| Abbreviation | Page |
|---|---|
| Amendment ("Amend.") | 8 |
| Appeals Coordinator ("A.C.") | Ex. |
| Appeals Examiner ("A.E.") | Ex. |
| A-Facility Triage And Treatment Area ("A-TTA") | 4 |
| California State Prison-Sacramento ("CSP-SAC") | 4 |
| California Constitution Article 1 ("Cal. Const. Art. 1") | Ex. |
| California Code Of Regulation Title 15 ("CCR. Tit. 15") | Ex. |
| California Department Of Corrections And Rehabilitation ("C.D.C.R.") | Ex. |
| California Penal Code ("Cal. P.C.") | 9 |
| Chief Office Of Appeals ("Ch. App. O.") | Ex. |
| Complaint ("compl.") | 3 |
| Constitution ("const.") | 9 |
| Correctional Counselor One ("CC1") | Ex. |
| Correctional Officer(s) ("C/O.") | 3 |
| Correctional Lieutenant ("L.T.") | Ex. |
| Doctor Of Dental Surgery ("DDS") | Ex. |
| Eighth ("VIII") | 8 |
| Exhibit ("Ex.") | 9 |
| Federal Rule Of Civil Procedure ("Fed. R. Civ. P.") | 1 |
| Medical Doctor ("M.D.") | 4 |
| Page ("P.") | 4 |
| Paragraph ("¶.") | 4 |
| Psychiatric Technician ("P.T.") | Ex. |

Registered Nurse ("R.N.")......................................................................... Ex.

Section ("Sec.").................................................................................. Ex.
Serious Bodily Injurie(s) ("S.B.I.")............................................................ 4

United States ("U.S.")........................................................................... Ex.

Warden ("W.")................................................................................... Ex.

# TABLE OF AUTHORITIES

PAGE.

## FEDERAL:

### UNITED STATES CONSTITUTION.

Amendment VIII ........................................................................... 8

### FEDERAL STATUTES.

### UNITED STATES CODE SERVICE.

28 U.S.C. § 1746 ........................................................................... 6

42 U.S.C. § 1983 ........................................................................... 7

### FEDERAL RULE OF CIVIL PROCEDURE.

Fed. R. Civ. P. 56 ........................................................................... 1

### SUPREME COURT CASES.

Estelle v. Gamble (1976)
429 U.S. 97 ........................................................................... 12, 14

### FEDERAL COURT CASES.

Collignon v. Milwaukee County (7th Cir. 1998)
163 F.3d 982 ........................................................................... 13

Lopez v. Smith (9th Cir. 2000)
203 F.3d 1122 ........................................................................... 12

Tolbert v. Eyman (9th Cir. 1970)
434 F.2d 625 ........................................................................... 12

Brodheim V. Cry (9th Cir. 2009)
584 F.3d 1262 ............................................. 16, 18

Burgess V. Moore (8th Cir. 1994)
39 F.3d 216 ................................................ 16

Bruce V. Yist (9th Cir. 2003)
351 F.3d 1283 ............................................ 15

Bradley V. Hall (9th Cir. 1995)
64 F.3d 1276 .............................................. 18

Rhodes V. Robinson (9th Cir. 2005)
408 F.3d 559 .............................................. 15

Simpson V. Nickel (7th Cir. 2006)
450 F.3d 303 .............................................. 17

Silva V. Dison (9th Cir. 2011)
658 F.3d 1090 ........................................ 15, 18

Watison V. Carter (9th Cir. 2012)
668 F.3d 1108 ............................................ 17

STATE STATUTES:

CALIFORNIA PENAL CODE.

Cal. P.C. § 2653 ........................................... 10