THEON OWENS
NAME.

#V-60905
C.D.C.R. #

California Health Care Facility
HOUSING.

7707 South Austin Road
ADDRESS.

Stockton, C.A. 95215
CITY, STATE, ZIP.



FILED
SEP 02 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THEON OWENS,
PLAINTIFF,

V.

JOSEPH DEFAZIO, ET AL.,
DEFENDANT.

CIVIL ACTION NO.: 2:16-CV-02750-JAM-KJN.

District Judge: JOHN A. MENDEZ.
Magistrate Judge: KENDALL J. NEWMAN.

## PLAINTIFF'S UNDISPUTED FACTS:

PLAINTIFF'S STATEMENT OF UNDISPUTED
FACTS. SUPPORTING A MOTION FOR
SUMMARY JUDGMENT.

COVER PAGE.

Theon Owens
NAME.

#V-60905
CDCR #.

California Health Care Facility
HOUSING.

7707 South Austin Road
ADDRESS.

Stockton, C.A. 95215
CITY, STATE, ZIP.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
COURT

THEON OWENS.
   Plaintiff,

vs.

JOSEPH DEFAZIO. ET AL.,
   Defendant(s).

Case No: 2:16-CV-02750-JAM-KJN.

District Judge: JOHN A. MENDEZ.
Magistrate Judge: KENDALL J. NEWMAN

PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS SUPPORTING A MOTION FOR SUMMARY JUDGMENT. (PARTIAL).

## STANDARD OF REVIEW:

Pursuant to Federal Rule of Civil Procedure 56(a). Which holds "A claimant can move for a summary judgment at any time after the expiration of 20 days from the commencement of the action or after service of a motion for summary judgment by the adverse party." and Eastern District Local Rule 260(a). which holds "Each motion for summary judgment or summary adjudication shall be accompanied by a 'statement of undisputed facts'. that shall enumerate discretely each of the specific material fact relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon to establish that fact. The moving party shall be responsible for the filing of all evidentiary documents cited in the moving papers." Plaintiff in compliance with the above sets forth the following:

THE BELOW LISTED FACTS ARE NOT IN DISPUTE IN THE ABOVE ENTITLED MATTER AND SUPPORT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT:

8th Amendment cause of action.

| FACT'S. | DEFENDANT. | EVIDENCE/PROOF. | EXHIBIT # |
|---|---|---|---|
| The undisputed evidence in the record shows that on 2/18/2018, the Plaintiff was seriously injured and suffered serious bodily injuries. | MERCADO. | Photographs of the Plaintiff, CDCR-7219 (Rev.11/05) Medical Report of Injury or unusual Occurrence, CDCR-7464 (01/13) Triage and Treatment Services Flow Sheet. CDCR-237-C-1 (Rev.08/10) Supplemental Dental Progress Notes. | Ex. A. - C. |
| The record shows that as a result of those injuries, that the Plaintiff required medical attention and was taken to the A-Facility Treatment and Triage Area. | MERCADO. | CDCR-7464 (01/13) Triage and Treatment Services Flow Sheet. CDCR-237-C-1 (Rev.08/10) Supplemental Dental Progress Notes. And Verified compl. at P. 16, PP. 38.. | Ex. C.; D. |
| The record shows that as a result of the injuries sustained to the Plaintiff. he was Prescribed an Ice Pack to stop the continuous swelling of his face and eyes, and to ease his unnecessary suffering. | MERCADO. | CDC-7221 (4/90) Physician's orders. Decl. under Penalty of Perjury. and verified compl. at P. 17-18 PP. 74; 79.. | Ex. F.; JJ. |

| | | | |
|---|---|---|---|
| 2-9 | The record shows that after a remedy had been deemed medically necessary by the treating medical Doctor, and prescribed for the Plaintiff to treat a diagnosed injury, that Defendant-MERCADO intentionally interferred with the doctor's order and denied the Plaintiff the ordered treatment. | MERCADO | CDCR-7464 (01/13) Triage And Treatment Services Flow Sheet. CDC-7221 (4/90) Physician's orders. And verified compl. at P. 18. PP. 79. | Ex. C? F. |
| 12-15 | The record reflects that Defendant -MERCADO denial of medical treatment was intended to harm the Plaintiff, and was not medically justify. | MERCADO | Decl. under penalty of perjury. And verified compl. at P. 18 PP.80.. | Ex. JJ |
| 18-20 | The record reflects that Defendant -MERCADO. is not a license medical provider and is currently employed as a correctional officer only. | MERCADO | Decl. under penalty of perjury. And verified compl. at P.5. PP.12.. | Ex. JJ |
| 23-26 | The record reflects that as a result of Defendant-MERCADO's denial of medically prescribed treatment, that the Plaintiff's injuries were worsen. | MERCADO | CDC-7202 (4/93) CSP-Sacramento out patient Housing unit Nursing Intake Assessment form. CDCR-7230 (Rev. 04/03) Interdisciplinary Progress Notes. CDC-7212 Nursing Care Record. | Ex. G E;H. |

| # | Statement | Defendant | Source | Exhibit |
|---|---|---|---|---|
| 1-4 | The record reflects that Defendant-MERCADO conspired along with other defendants to harm the Plaintiff and deprive him of constitutional rights. | MERCADO. | Decl. under Penalty of Perjury. And verified compl. at P.17-18. PP. 78.. | Ex. JJ |
| 7-9 | The record shows that the Plaintiff has a constitutional right to receive medical treatment. | MERCADO | VIII. Amendmen. Decl. under Penalty of Perjury. And Verified compl. at P. 32. PP. 116.. | Ex. |
| 11-13 | The record shows that Defendant-MERCADO violated the Plaintiff's right to medical treatment. | MERCADO. | Decl. under Penalty of Perjury. And verified compl. at P.32. PP. 116.. | Ex. JJ. |
| 17-21 | The record reflects that the Plaintiff had a serious medical need and that he had to receive treatment for that medical problem. | MERCADO. | CDCR-7464(01/13)Triage And Treatment Services Flow Sheet. CDCR-237-C-1(Rev.08/10)Supplemental Dental Progress Notes. CDCR-7230(Rev.04/05)Interdisciplinary Progress Notes. | Ex. C-E. |
| 23-25 | The record reflects that Defendant-MERCADO had actual knowledge of the serious medical need. | MERCADO. | CDCR-7464(01/13)Triage And Treatment Services Flow Sheet. CDCR-237-C-1(Rev.08/10)Supplemental Dental Progress Notes. | Ex C, D. |
| 27-28 | The record reflects that Defendant-MERCADO's response to the medical need constitutes deliberate | MERCADO. | Progress Notes. CDCR-7464(01/13)Triage | Ex. C. |

| | | | |
|---|---|---|---|
| 1 | indifference. | | And Treatment Services Flow Sheet.. And verified compl. at P.32. PP.116.. |
| 2 | | | |
| 3 | | | |
| 4 | The record shows that there are some facts to support the existence of a conspiracy among this defendant. and that this defendant conspired to violate Plaintiff's rights. | MERCADO | Verified compl. at P. 17-18. PP. 78;80..Decl. of Plaintiff under Penalty of Perjury.; CDCR. 7464 (01/15). CDCR 602 (Rev. 08/09). Ex. C.. JJ.; LL |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | The record reflects that there are assertions on the record that this Defendant conspired and acted in concerts with other defendants. | MERCADO. | Verified compl. at P. 17-18 ,27-28.PP. 78.80;106;Decl. of Plaintiff under Penalty of Perjury.; CDCR 602(Rev.08/09) Ex. LL. ; JJ. |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | The record shows that some overt act was done in furtherance of this Defendant's conspiracy. and that this defendant's actions were clearly obvious and intended to deprive Plaintiff of his rights. | MERCADO. | Verified compl. at P. 28;32 -33. PP. 107, 116;119..Decl. of Plaintiff under Penalty of Perjury.;CDCR 7464 (01/15) Ex. JJ. ;C. |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | The record reflect's that Defendant acted with the intention that harm would result from his actions to the Plaintiff. and without regard's for the consequences that would follow his actions. | MERCADO. | Verified compl. at P. 17-18. PP. 78;80.; Decl. of Plaintiff under Penalty of Perjury. Ex. JJ. |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | The record reflect's that Defendant was fully aware that his conduct was unlawful. and that it could and would cause the Plaintiff damages. Yet he disregarded the awareness and instead acted Maliciously and | MERCADO. | Verified compl. at P.32-33.PP 116;118.;Decl. Of Plaintiff under Penalty of Perjury. Ex. JJ. |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |

| | | | |
|---|---|---|---|
| 1-2 | Sadistically, with the hopes of getting away with his crimes. | | |
| 3-5 | The record shows that custody staff are not to interfere with ordered medical treatment. | MERCADO. | Defendants Response To Plaintiff's Request For Admissions; Set One. P.8. Resp. 19., | Ex. BBB. |
| 6-10 | The record shows that there are assertions that MERCADO took some adverse action against the Plaintiff. And that MERCAD is an State Employee. | MERCADO. | Decl. Of TAMAYO WALTER, Decl. Of THEON OWENS, Plaintiff's Decl. In Support Of Claims Against Defs. And CDCR.602 (Rev. 08/09) Inmate/Parolee Appeal. Log No.: SAC-B-15-02451. Verified Compl. at P. 32., PP. 118-119.. | Ex. DD., FF., JJ., And LL.. |
| 11-14 | The record shows that MERCADO. acted because of the Plaintiff engaging in Protected Conduct. | MERCADO. | Decl. Of TAMAYO WALTER., Decl. Of THEON OWENS. Plaintiff's Decl. In Support Of Claims Against Def's.. And CDCR. 602 (Rev. 08/09).. Verified Compl. at P.32., PP. 118-119.. | Ex. DD., FF., JJ., And LL.. |
| 15-19 | The record shows that there was not a legitimate Peno-logical reason for MERCADO'S advere actions. And that MERCADO'S actions did not reasonably advance a legitimate Penological Purpose. | MERCADO. | Decl. Of TAMAYO WALTER., Decl. Of THEON OWENS, Plaintiff's Decl. In Support Of Claims Against Def's., CDCR. 602 (Rev. 08/09)., And Verified Compl. at P.32., PP. 118-119. | Ex. DD., FF., JJ., And LL.. |
| 20-23 | The record shows that MERCADO actions chilled the Plaintiff's exercise of his First Amendment right. And that Plaintiff Suffered more than minimal injury and obstruction in having non-frivolously claims addressed by the court. | MERCADO. | CDCR. 602 (Rev. 08/09). And Verified Compl. at P.32. PP. 118-119.. | Ex. LL.. |
| 24-27 | The record shows that there is a connection between Plaintiff's assertions against MERCADO and MERCADO's actions against the Plaintiff. | MERCADO. | Plaintiff's Decl. In Support Of Claims Against Defs'. And Verified Compl. at P. 32., PP. 118-119.. | Ex. JJ., And LL.. |

## CONCLUSION:

Based on the above undisputed facts in the case, the court should grant Plaintiff Summary Judgment.

Respectfully submitted.

Theon Owens #V-60905
NAME and C.D.C.R. #
California Health Care Facility
ADDRESS.
7707 South Austin Road
ADDRESS.
Stockton, CA. 95215
CTY. STATE. ZIP.

DONE this on 30th day of August 2020.

THEON OWENS
Plaintiff Name.

Theon Owens
Plaintiff Signature.

Page 1 of 1