NAME, C.D.C.R. NO.: Theon Owens V-60905
HOUSING: B7A #122
PRISON NAME: California Health Care Facility
ADDRESS: 7707 South Austin Road
CITY, STATE, ZIP: Stockton, C.A. 95215



FILED
SEP 0 2 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

**THEON OWENS,**
PLAINTIFF,

VS.

**JOSEPH DEFAZIO, ET AL.,**
DEFENDANTS.

CIVIL ACTION NO.: 2:16-CV-02750-JAM-KJN.
District Judge: JOHN A. MENDEZ.
Magistrate Judge: KENDALL J. NENMAN.

## PLAINTIFF'S EXHIBITS:

PLAINTIFF'S EXHIBITS, FOR PLAINTIFF'S BRIEF AND STATEMENT OF UNDISPUTED FACTS, SUPPORTING A MOTION FOR SUMMARY JUDGMENT. (PARTIAL.)

COVER PAGE.

# IN THE UNITED STATE DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**PLAINTIFF:** THEON OWENS.     **VS.**   **DEFENDANT:** JOSEPH DEFAZIO. ET AL.,

**CIVIL ACTION NO.:** 2:16-CV-02750-JAM-KJN.     **DATE:** August 30, 2020

## PLAINTIFF'S EXHIBIT LIST:
For Plaintiff's Motion For Partial Summary Judgment. Against Defendant - MERCADO.

| EXHIBIT NUMBER. | DESCRIPTION OF EXHIBIT. | SPONSORING WITNESS. | DATE. Marked For Identification. | Admitted into Evidence. |
|---|---|---|---|---|
| A. | Photographs of The Plaintiff. | The Plaintiff. | 2/21/15 | 8/30/2020. |
| B. | C.D.C.R. 7219 (Rev. 11/05) Medical Report of Injury Or Unusual Occurrence. | Def. OKOROIKE. And Non-Def. M.D., J.R. WEDELL. | 2/18/15 | 8/30/2020. |
| C. | C.D.C.R. 7464 (01/13) Triage & Treatment Services Flow Sheet. | M.D., J.R. WEDELL & R.N., B. NICOLAOU. | 2/18/15 | 8/30/2020 |
| D. | C.D.C.R. 237-C-1 (Rev. 08/10) Supplemental Dental Progress Notes. | DDS., G. STURGES. | 2/18/15 | 8/30/2020 |
| E. | C.D.C.R. 7230 (Rev. 04/03) Interdisciplinary Progess Notes. | P.T., JACKSON. | 2/18/15 | 8/30/2020. |
| F. | C.D.C. 7221 (4/90) Physician's Orders. | M.D., J.R. WEDELL & R.N., B. NICOLAOU. | 2/18/15 | 8/30/2020. |
| G. | C.D.C. 7202 (4/93) CSP-SAC Out Patient Housing Unit Nursing Intake Assessment Form | M.D., FIELDER & R.N. JOHN DOE. | 2/20/15 | 8/30/2020. |
| H. | C.D.C. 7212 Nursing Care Record. | R.N., JOHN DOE. | 2/21/15 | 8/30/2020. |

1 of 2        PERMANENT ATTACHMENT.

| | | | | |
|---|---|---|---|---|
| L. | C.D.C.R. 7219 (Rev. 11/05) Medical Report of Injury or Unusual Occurrence. | R.N..C. VALEVA. | 2/21/15 | 8/30/2020 |
| DD. | Declaration: of TAMAYO WALTER. | Declarant. T. WALTER. | 7/19/15 | 8/30/2020 |
| FF. | Declaration: of THEON OWENS. | The Plaintiff. | | 8/30/2020 |
| LL. | C.D.C.R. 602 (Rev. 08/09) Inmate/Parolee Appeal Log No.: SAC-B-15-02451. | Pl..T. OWENS, L.T..E. RODRIGUEZ, (w), J. MACOMBER, AE., J. DOMINGUEZ, & Ch. APP.O., M. VOONG. | different dates. | 8/30/2020 |
| LL-1. | CDCR 602 (Rev. 08/09) Inmate/Parolee Appeal Log No.: SAC-B-15-02451. | The Plaintiff. | 7/20/15 | 8/30/2020 |
| LL-2. | Second Level Reviewer Response To Appeal Log No.: SAC-B-15-02451. | CCI. N. FAY & (w).J. MACOMBER. | 1-14-16 | 8/30/2020 |
| LL-3. | Third Level Appeal Decision To Appeal Log No.: SAC-15-02451. | AE. K.J. ALLEN. & Ch. APP.O., M. VOONG | 4/5/16 | 8/30/2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| II. | Plaintiff's Declaration In Support Of Claims Against Defendants. | The Plaintiff. | | 8/30/2020 |
| | | | | |

PERMANENT ATTACHMENT.

# DECLARATION OF SERVICE BY U.S. MAIL.

RE: THEON OWENS V. JOSEPH DEFAZIO ET AL.,   Case No:. 2:16-CV-02750-JAM-KJN.

I, the undersigner, declare that I am older then eighteen years of age. I am a party to the within cause, and I am a Prisoner incarcerated in the California Department of Corrections And Rehabilitation, at the California Health Care Facility ("C.H.C.F.") I have caused to be served a true copy of the attached Plaintiff's Statement of undisputed facts supporting a Motion for Summary Judgment, Plaintiff's Exhibit And Plaintiff's Motion for Partial Summary Judgment. on the following, by placing same in an envelope, addressed as followed:

1. Kelli M. Hammond, Deputy Attorney General,
1300 I Street, Suite 125.
P.O.Box 944255
Sacramento, C.A. 94244-2550.

2. KENDALL J. NEWMAN, United States Magistrate Judge, for The U.S. District Court, for The Eastern District of Calif.
501 I St., Ste 4-200
Sacramento, C.A. 95814-2322.

My address is Theon Owens # V-60905, C.H.C.F., 7707 South Austin Road, Stockton C.A. 95215. I am familiar with the institution's mailing practice of collecting and processing correspondence for mailing with the United States Postal Service. In accordance with that practice each correspondence placed in the internal mail collection system is deposited with the United States Postal Service, on the following day in the ordinary course of process.

I have read this declaration of service by U.S. Mail and I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct and that this declaration was executed at the same time of Servicing, on August 30th, 2020. , at the C.H.C.F. - Stockton , California.

Theon Owens   Theon Owens
Declarant Name, And Signature.