NAME: Theon Owens
CDCR #: V-60905
HOUSING: California Health Care Facility
ADDRESS: 7707 South Austin Road
CITY, STATE, ZIP: Stockton, C.A. 95215

**FILED**
SEP 0 2 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA
COURT

**THEON OWENS,**
Plaintiff,

vs.

**JOSEPH DEFAZIO, ET AL.,**
Defendant(s).

Case No: 2:16-CV-02750-JAM-KJN
District Judge: JOHN A. MENDEZ
Magistrate Judge: KENDALL J. NEWMAN

**PLAINTIFF'S RESPONSE TO DEFENDANTS RESPONSE TO THE COURT'S ORDER FILED AUGUST 3, 2020.**

In response to Defendant's response to the court's order filed August 3, 2020. Plaintiff, Theon Owens hereby advise the court that Defendants have not provided signed and dated verification pages to their responses to Plaintiff's Request For Interrogatories ("RFI") set one or two, neither on January 3, 2020 or April 9, 2020.

In Defendants response to the court order, they claim that during the time that they allegedly attempted to serve their signed and dated verifications pages on Plaintiff, they could not because Plaintiff was being moved between prisons and was later placed into a crisis bed, where he was allegedly not allowed to have his legal property. Without providing any proof of their alleged attempts to serve Plaintiff

1. With their signed and dated verifications. Ex. A.. Defendants when on to
2. state in their response to the court's order, that along with their
3. response to the court's order, they would be re-serving all signed and
4. dated verifications pages to Plaintiff's RFI, set one and two. But did
5. not send their signed and dated verification pages to Plaintiff's RFI,
6. Set one or two. For these reasons the Plaintiff respond as follows:

8. Defendants have failed to show proof that they have actually attempted
9. to serve Plaintiff with their signed and dated verification pages to
10. Plaintiff's RFI., set one or two. after a review of the Prison's Mail log,
11. it was found that no signed or dated verification pages were received by
12. the Prison from Defendants during the dates they claim they allegedly
13. served their signed and dated responses. In addition, Defendants did not
14. re-serve their responses at the time they filed their response to the
15. court's order. Based on this. Plaintiff has continued to show that Defendants
16. have continued to lie and to be deceitful through out this civil
17. proceeding. Therefore, Plaintiff asks that the court sanction them and have
18. them serve their signed and dated verification responses on the court, so
19. that the court can ensure that this process has occurred.

X Theon Owens
Signature of Plaintiff/petitioner.

Theon Owens
NAME.
V-60905
CDCR #.
California Health Care Facility
HOUSING.
7707 South Austin Road
ADDRESS.
Stockton, C.A. 95215.
CTY, STATE, ZIP.

# EXHIBIT A

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
KELLI M. HAMMOND, State Bar No. 217485
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7367
 Fax: (916) 324-5205
 E-mail: Kelli.Hammond@doj.ca.gov
*Attorneys for Defendants Mercado, Rashev, Brady, Okoroike, Martinez, Murillo, Burke, Blessing, Bettencourt, Lebeck, Drake, Guffee, Defazio, Schultz, Martincek, Eldridge, and Matthews*
s

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THEON OWENS,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSEPH DEFAZIO, et al.,**<br><br>Defendants. | 2:16-cv-2750 JAM KJN (PC)<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S ORDER FILED AUGUST 3, 2020** |

In accordance with the Court's Order filed August 3, 2020, Defendants Mercado, Rashev, Brady, Okoroike, Martinez, Murillo, Burke, Blessing, Bettencourt, Lebeck, Drake, Guffee, Defazio, Schultz, Martincek, Eldridge, and Matthews hereby advise the Court that they have provided signed and dated verification pages for their responses to Plaintiff's Request for Interrogatories, Sets One on January 3, 2020, and Set Two on April 9, 2020.

However, during the time that Defendants served their signed and dated verifications, Plaintiff was being moved between prisons, and he was later placed into a crisis bed where he was not allowed to have his legal property. For this reason, concurrently with this response to the

1

1  Court's Order, Defendants are re-serving all signed and dated verification pages for Plaintiff's
2  Requests for Interrogatories, Sets One and Two.

3  Dated: August 17, 2020                         Respectfully submitted,

   XAVIER BECERRA
   Attorney General of California
   R. LAWRENCE BRAGG
   Supervising Deputy Attorney General

   /s/ Kelli M. Hammond
   KELLI M. HAMMOND
   Deputy Attorney General
   *Attorneys for Defendants
   Mercado, Rashev, Brady, Okoroike,
   Martinez, Murillo, Burke, Blessing,
   Bettencourt, Lebeck, Drake, Guffee,
   Defazio, Schultz, Martincek, Eldridge, and
   Matthews*

SA2017303176
34324989.docx

2

## CERTIFICATE OF SERVICE

Case Name: **_Theon Owens v. J. DeFazio, et al._**     No.  **2:16-cv-2750 JAM KJN (PC)**

I hereby certify that on August 17, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' RESPONSE TO THE COURT'S ORDER FILED AUGUST 3, 2020**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On August 18, 2020, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Theon Owens, V-60905**
**California Health Care Facility - Stockton**
**P.O. Box 32050**
**Stockton, CA 95213**
**_In Pro Per_**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 17, 2020, at Sacramento, California.

|  N. Copus  | _/s/ N. Copus_ |
|:---:|:---:|
| Declarant | Signature |

SA2017303176
34327036.docx

# DECLARATION OF SERVICE BY U.S. MAIL

RE: THEON OWENS V. JOSEPH DEFAZIO ET AL.,   Case No: 2:16-CV-02750-JAM-KJN

I, the undersigner, declare that I am older then eighteen years of age. I am a party to the within cause, and I am a prisoner incarcerated in the California Department of Corrections And Rehabilitation, at the California Health Care Facility ("C.H.C.F.") I have caused to be served a true copy of the attached Plaintiff's Response To Defendants' Response To The Court's Order Filed August 3, 2020.

on the following, by placing same in an envelope, addressed as followed:

1. Kelli M. Hammond, Deputy Attorney General.
1300 I Street, Suite 125.
P.O. Box 944255
Sacramento, C.A. 94244-2550.

2. Kendall J. Newman, United States Magistrate Judge, For The U.S.D.C. For The Eastern District Of Calif.
501 I St., Ste. 4-200
Sacramento, C.A. 95814-2322.

My address is Theon Owens, #V-60905, C.H.C.F., 7707 South Austin Road, Stockton, C.A 95215   I am familiar with the institution's mailing practice of collecting and processing correspondence for mailing with the united states postal service. In accordance with that practice each correspondence placed in the internal mail collection system is deposited with the united states postal service, on the following day in the ordinary course of process.

I have read this declaration of service by U.S. Mail and I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct and that this declaration was executed at the same time of servicing, on August 30, 2020, at the C.H.C.F., California.

Theon Owens   Theon Owens
Declarant Name, And Signature.