1

NAME. Theon Owens
2
CDCR #. #V-60905
3
HOUSING. California Health Care Facility
4
ADDRESS. 7707 South Austin Road
5
CITY, STATE, ZIP. Stockton, C.A. 95215.

**FILED**

SEP 0 4 2020

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6

7

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

8
COURT

9

10
**T. OWENS.**
Plaintiff,

Case No: 2:16-CV-02750-JAM-KJN.

11
District Judge.: JOHN A. MENDEZ.

vs.
12
Magistrate Judge. KENDALL J. NEWMAN

13
14
**J. DEFAZIO, ET AL.,**
Defendant(s).

## NOTICE THAT PLAINTIFF HAS BEEN DECLARED A DANGER TO SELF AND LACK THE CAPACITY TO CONSENT TO OR REFUSE PSYCHOLOGICAL TREATMENT.

15
16

17
# NOTICE THAT PLAINTIFF HAS BEEN DECLARED A DANGER TO SELF.

18

19   If it should appear during the course of proceedings that a party may be suffering

20   from a condition that materially affects his ability to represent himself (if pro se),

21   to consult with his lawyer with a reasonable degree of rational understanding.

22   Dusky V. united States. 362 u.s. 402. 402(1960)[standard for competency to stand

23   trial in criminal case], or otherwise to understand the nature of the

24   Proceedings. cf. Dusky. 362 u.s. at 402. that information should be brought to

25   the attention of the court promptly. See united States v. 30.64 Acres of Land.

26   795 F.2d 796 (9th cir. 1986).

27

28

Notice That Pl. Has Been Declared Mentally Incompetent to Stand Trial

1  Accordingly, Plaintiff, Theon Owens notify the Court that the Court of
2  administrative hearings, Sacramento Division has found Plaintiff to be a
3  danger to himself, and to lack the capacity to consent to or to refuse
4  psychological treatment, in an administrative hearing (Pls. Req. Judicial
5  Notice, Ex. A).

7  DONE this 1st. day of September, 2020.

19  Dated this 1st. day of September , 2020

21  X  Theon Owens
     Signature of Plaintiff!

22  Theon Owens
23  NAME  #V-60905
    CDCR #
24  California Health Care Facility
    HOUSING
25  7707 South Austin Road
    ADDRESS
26  Stockton, C.A. 95215
    CTY, STATE, ZIP