UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH DEGAZIO, et al.,<br><br>    Defendants. | No. 2: 16-cv-2750 JAM KJN P<br><br><br>ORDER |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2020, plaintiff filed a motion requesting that the court file under seal mental health records attached to the September 14, 2020 motion. These records are filed in support of plaintiff's motion for a competency hearing. Good cause appearing, plaintiff's motion to file these records under seal is granted.

    In his September 14, 2020 motion, plaintiff also requests that portions of his declaration filed in support of his motion for a competency hearing be filed under seal. Plaintiff's declaration in support of his motion for a competency hearing is attached to his motion for a competency hearing. (ECF No. 192.) The court is unable to file a portion of the declaration under seal. The court is also unable to separate the declaration from the motion for a competency hearing. Accordingly, the undersigned will direct the Clerk of the Court to file plaintiff's motion for a competency hearing, including his declaration attached to the motion, under seal.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to file under seal plaintiff's September 14, 2020 motion to file exhibits under seal, and the documents attached to this motion;
2. The Clerk of the Court is directed to file under seal plaintiff's motion for a competency hearing (ECF No. 192).

Dated: September 17, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Owen2750.com(5)

2