UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH DEGAZIO, et al.,<br><br>    Defendants. | No. 2: 16-cv-2750 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 3, 2020, the undersigned granted the parties sixty days to file dispositive motions. (ECF No. 175.)

On August 27, 2020, September 2, 2020 and September 16, 2020, plaintiff filed motions for partial summary judgment. (ECF Nos. 181, 182, 193.) Plaintiff's motion for partial summary judgment filed August 27, 2020 addresses his claims against defendants Schultz and Eldridge. Plaintiff's motion for partial summary judgment filed September 2, 2020, addresses his claims against defendant Mercado. Plaintiff's motion for partial summary judgment filed September 16, 2020, addresses his claims against defendants Martincek and Okoroike.

The piecemeal filing of motions for partial summary judgment is usually not permitted. For this reason, defendants are not required to file separate oppositions to each of plaintiff's motions for partial summary judgment. Instead, defendants may file one opposition addressing

1  all of plaintiff's motions for partial summary judgment. Defendants may calculate the deadline
2  for their opposition to plaintiff's motions for partial summary judgment from the date of service
3  of the final partial summary judgment motion.
4      Accordingly, IT IS HEREBY ORDERED that defendants may file one opposition
5  addressing all of plaintiff's motions for partial summary judgment; defendants may calculate the
6  deadline for their opposition to plaintiff's motions for partial summary judgment from the date of
7  service of the final partial summary judgment motion.
8  Dated: September 21, 2020

Owen2750.ord(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE