UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH DEGAZIO, et al.,<br><br>    Defendants. | No.  2: 16-cv-2750 JAM KJN P<br><br><br>ORDER |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Several matters are pending before the court.

    On September 14, 2020, plaintiff filed a motion requesting that the court send him a copy of inmate Sanchez's declaration filed December 4, 2017.  (ECF No. 191.)  In response, the Clerk of the Court informed plaintiff that the Clerk's Office will provide copies of documents at $0.50 per page.  Good cause appearing, the undersigned finds that plaintiff's September 14, 2020 motion for a copy of inmate Sanchez's declaration is deemed resolved.

    On October 19, 2020, plaintiff filed a letter with the court stating that he asked prison officials to send the court a check to pay for a copy of inmate Sanchez's declaration.  (ECF No. 208.)  In this letter, plaintiff requests the status of his request for a copy of inmate Sanchez's declaration.  Plaintiff is informed that the Clerk of the Court received the check and mailed plaintiff the requested copies on or around October 19, 2020.

On October 13, 2020, plaintiff filed objections to the order filed September 21, 2020, setting the deadline for defendants to file an opposition to plaintiff's motions for partial summary judgment. (ECF No. 205.) The September 21, 2020 order has been vacated. (<u>See</u> ECF No. 199.) Accordingly, plaintiff's objections to the September 21, 2020 order are disregarded.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a copy of inmate Sanchez's declaration (ECF No. 191) is deemed resolved;
2. Plaintiff's objections to the September 21, 2020 order (ECF No. 205) are disregarded.

Dated: October 22, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ow2750.cla(2)

2