IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**THEON OWENS,**

                Plaintiff,

    v.

**JOSEPH DEFAZIO, et al.,**

                Defendants.

Case No. 2:16-cv-2750 JAM KJN (PC)

**ORDER**

    Defendants Mercado, Rashev, Brady, Okoroike, Martinez, Murillo, Burke, Blessing, Bettencourt, Lebeck, Drake, Guffee, Defazio, Schultz, Martincek, Eldridge, and Matthews have requested that the Court extend the dispositive motions deadline to November 11, 2020, due to Plaintiff filing an Opening Brief: Plaintiff's Brief Supporting A Motion for Partial Summary Judgment. (ECF No. 210.) This extension allows Defendants to file one document, an opposition to all five motions filed by Plaintiff, and a cross-motion for summary judgment. Good cause having been shown, Defendants' request (ECF No. 212) is GRANTED.

Dated: November 10, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Owen2750.eot

1