UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEON OWENS,

          Plaintiff,

   v.

JOSEPH DEFAZIO, et al.,

          Defendants.

No.  2:16-cv-2750 JAM KJN P

ORDER

Plaintiff has filed a motion for extension of time to file an opposition to defendants' November 12, 2020 motion for summary judgment and a reply to defendants' November 13, 2020 opposition.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion for an extension of time (ECF No. 218) is granted; and

    2.  Plaintiff shall file and serve his opposition and reply on or before January 4, 2021.

Dated:  December 9, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

owen2750.36(3)