UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>      Plaintiff,<br><br>      v.<br><br>JOSEPH DEFAZIO, et al.,<br><br>      Defendants. | No.  2: 16-cv-2750 JAM KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On July 1, 2021, the undersigned directed the parties to inform the court, within twenty-one days of the date of the order, whether they believed a settlement conference would be beneficial.  (ECF No. 234.)  Both parties responded to the July 1, 2021 order.  (ECF Nos. 235, 236.)

      Upon consideration of the record, the court finds that appointment of counsel is appropriate for the limited purpose of representing plaintiff at the settlement conference.  The undersigned will schedule a settlement conference following the appointment of counsel.

      Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred to the administrator of this District's pro bono panel of attorneys, Sujean Park Castelhano, for the identification of counsel to represent at a settlement conference;

2. Plaintiff's motion for appointment of counsel (ECF No. 231) is granted, as discussed in this order.

Dated: July 29, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Owens2750.app