UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSEPH DEFAZIO, et al.,<br><br>        Defendants. | No. 2:16-cv-2750 JAM KJN P<br><br>ORDER APPOINTING LIMITED<br>PURPOSE COUNSEL FOR SETTLEMENT |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The court has found the appointment of counsel for plaintiff is warranted for the limited purpose of representing plaintiff at a settlement conference and referred the case to the administrator of this District's pro bono panel of attorneys, Sujean Park Castelhano, for the identification of counsel to represent plaintiff at a settlement conference.  (ECF No. 237.) Michael E. Vinding has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to be appointed.

    Accordingly, IT IS HEREBY ORDERED that:

1. Michael E. Vinding is appointed as limited purpose counsel for plaintiff in the above titled matter.  This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

2. Michael E. Vinding's appointment will terminate fifteen days after completion of the

1

settlement conference, or any continuation of the settlement conference.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Michael E. Vinding, Brady & Vinding, 455 Capitol Mall, Suite 220, Sacramento, CA 95814.

Dated:  August 6, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Owen2750.31