UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS, | No. 2: 16-cv-2750 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| JOSEPH DEFAZIO, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for a settlement conference before the undersigned on November 17, 2021. Counsel was appointed for the limited purpose of representing plaintiff at the settlement conference.

    Pending before the court is plaintiff's October 21, 2021 motion to compel. (ECF No. 244.) In this motion, plaintiff alleges that on October 1, 2021, he was released from the custody of the California Department of Corrections and Rehabilitation ("CDCR") and admitted to Atascadero State Hospital ("ASH") as a Mentally Disordered Offender ("MDO"). Plaintiff alleges that his ASH Unit Supervisor informed him that he would not receive his legal property until two months after his arrival to ASH. Plaintiff alleges that he requires immediate access to his legal property in order to litigate two civil rights actions and one habeas corpus petition. Plaintiff requests that the court order the ASH Executive Director to immediately release his legal

Case 2:16-cv-02750-JAM-KJN   Document 245   Filed 11/03/21   Page 2 of 2

property to him.

Plaintiff does not require immediate access to his legal property regarding the instant action because this action is set for a settlement conference on November 17, 2021, where plaintiff will be represented by counsel. The undersigned will address plaintiff's motion to compel the ASH Executive Director to release his legal property related to the instant action following the settlement conference, if appropriate.

Accordingly, IT IS HEREBY ORDERED that the court will address plaintiff's motion to compel (ECF No. 244) following the November 17, 2021 settlement conference.

Dated:  November 3, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Owen2750.ord(3)

2