UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON OWENS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH DEFAZIO, et al.,<br><br>    Defendants. | No.  2: 16-cv-2750 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.  On November 17, 2021 a settlement conference was held in this action.  This action settled.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a court order requiring eyewitnesses to be brought to court (ECF No. 238) and plaintiff's motion to compel (ECF No. 244) are vacated;
2. The pretrial conference set for December 31, 2021, is vacated;
3. The jury trial set for May 23, 2022, before the Honorable John A. Mendez is vacated.

Dated:  November 18, 2021

owens2750.vac

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1