**FILED**
MAR 14 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

NAME AND C.D.C.R. NO.: Theon Owens
HOUSING:
ADDRESS: 185 Corte Maria
CITY, STATE, ZIP: Pittsburg CA 94565

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

Case Name: Theon Owens V. Joseph Defazio, et al.

Case Number: 2:16-CV-02750-JAM-KJN

## Notice Of Change Of Address:

**OLD ADDRESS:**

Theon Owens
Department Of State Hospitals-Atascadero
10333 El Camino Real
Atascadero, CA 93423

**NEW ADDRESS:**

Theon Owens
185 Corte Maria
Pittsburg CA 94565

I arrived at the new address on: March 1, 2022. I mailed a copy of this "Change of Address" to the below individuals on: March 7, 2022.

1.) Kendall J. Newman, United States Magistrate Judge, For The U.S.D.C. For The Eastern District Of Calif. 501 "I" St., Ste. 4-200 Sacramento, CA 95814-7322.

2.) Kelli M. Hammond, Deputy Attorney General. 1300 "I" St., Ste. #125 P.O. Box #944255 Sacramento, CA 99244-2550.

DATE: March 7, 2022

PLAINTIFF'S NAME AND SIGNATURE: Theon O. Owens / Theon O. Owens

# DECLARATION OF SERVICE BY U.S. MAIL

RE: THEON OWENS V. JOSEPH DEFAZIO ET AL.,   Case No: 2:16-CV-02750-JAM-KJN.

I, the undersigned, declare that I am older than eighteen years of age. I am a party to the within cause.

I have caused to be served a true copy of the attached Notice Of Change Of Address.

on the following, by placing same in an envelope, addressed as followed:

1. Kelli M. Hammond, Deputy Attorney General.
   1300 I Street, Suite 125.
   P.O. Box 944255
   Sacramento, C.A. 94244-2550.

2. Kendall J. Newman, United States Magistrate Judge For The U.S.D.C. For The Eastern District Of Calif.
   501 "I" St., Ste 4-200.
   Sacramento, C.A. 95814-2322.

My address is Theon N. Owens 185 Corte Marla Pittsburg, CA 94565 _____ I am familiar with the institution's mailing practice of collecting and processing correspondence for mailing with the United States Postal Service. In accordance with that practice each correspondence placed in the internal mail collection system is deposited with the United States Postal Service, on the following day in the ordinary course of process.

I have read this declaration of service by U.S. Mail and I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct and that this declaration was executed at the same time of servicing, on March 7 2022 _____, at the Pittsburg _____, California.

Theon Owens   Theon Owens
Declarant Name. And Signature.